# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**     **DISTRICT OF COLUMBIA**

Case No.: 1:06CV00328

International Painters and Allied Trades Industry
Pension Fund

vs

M.P. Industrial Coatings, Inc. a/k/a MP Industrial
Coatings, Inc.

SERVICE OF PROCESS ON:  **M.P. Industrial Coatings, Inc. a/k/a MP Industrial
Coatings, Inc.**

_Scott Martiak_____, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _3/11/06 at 10:33 AM_
Place of Service: _13 Malibu Ct, Towson, MD. 21204_
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

✓ By hand delivering to an officer, manager or person in charge of defendant business.
Name & Title: _James Hamilos - Owner/Registered Agent_

Description of Person Receiving Documents: (Male)/Female  Skin Color _W_
Hair Color _Gray_  Age _70_ Hgt _5'10"_ Wgt _200_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_[signature]_                _3-11-2006_
Signature of Server              Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                215-922-6700