UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, : : : Plaintiff, : : v. : : M.P. INDUSTRIAL COATINGS, INC., : : Defendant. : : | Civil Action No. 06-0328 (ESH) |

**ORDER**

While proof of service of process in this case was accomplished on March 11, 2005, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 18th day of April, 2006, hereby

**ORDERED** that by no later than April 28, 2006, plaintiff shall cause default to be entered and apply for entry of judgment thereon, or show cause why a motion for entry of default has not been filed. If plaintiff fails to do either, the complaint will be dismissed without prejudice for failure to prosecute. See LCvR 83.23.

　　　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　United States District Judge