IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 06-328(ESH) |
| v. | ) ) | |
| M.P. INDUSTRIAL COATINGS, INC. a/k/a MP Industrial Coatings, Inc. | ) ) ) | |
| Defendants | ) ) | |

### STIPULATION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Amended Consent Order and Judgment may be entered without further notice or hearing.

| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | M.P. INDUSTRIAL COATINGS, INC. a/k/a MP INDUSTRIAL COATINGS, INC. |
|---|---|
| JENNINGS SIGMOND, P.C. | WRIGHT CONSTABLE & SKEEN, LLP |
| By: /s/ Sanford G. Rosenthal | By: /s/ Howard S. Stevens |
| Sanford G. Rosenthal | Howard S. Stevens |
| Bar No. 478737 | Bar No. 466924 |
| The Penn Mutual Towers, 16th Floor | One Charles Center |
| 510 Walnut Street | 16th Floor |
| Independence Square | Baltimore, MD 21201 |
| Philadelphia, PA 19106-3683 | Telephone: (410) 659-1300 |
| Telephone: (215) 351-0611 | Facsimile: (410) 659-1350 |
| Facsimile: (215)922-3524 | |
| E-mail: jtortella@jslex.com | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Date: June 9, 2006 | Date: 6/9/06 |