IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff )<br>v. )<br>)<br>M.P. INDUSTRIAL COATINGS, INC. )<br>a/k/a MP Industrial Coatings, Inc. )<br>)<br>Defendants ) | Civil Action No.<br>06-328(ESH) |

**CONSENT ORDER AND JUDGMENT**

Upon consideration of the Joint Stipulation for Entry of A Consent Order and Judgment, it is ORDERED.

1. Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against M.P. Industrial Coatings, Inc. a/k/a MP Industrial Coatings, Inc. ("Company" or "Defendant"), for unpaid contributions, liquidated damages, interest, late fees and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $17,444.77 ("Judgment Amount") which includes:

| | | |
|---|---|---|
| (a) | Contributions | $ 6,964.62 |
| (b) | Liquidated Damages | $ 4,536.40 |
| (c) | Interest | $ 301.19 |
| (d) | Late Fees | $ 107.18 |
| (e) | Attorneys' Fees and Costs | $ 5,535.38 |

Interest shall accrue on the Judgment Amount at the rate of 7% per annum compounded daily from May 30, 2006 to the date of payment.

2. Defendant shall pay to the Pension Fund the principal sum of $12,500.00 ("Settlement Sum") plus interest amortized at 7% per annum compounded daily on the unpaid balance of the principal sum by submitting twenty-four (24) successive monthly payments of $558.16 each commencing June 15, 2006 with the final payment due on May 15, 2008. All payments shall be amortized in accordance with the schedule attached to this Consent Order and Judgment ("Order") as Exhibit 1. The Settlement Sum consists of:

| | | |
|---|---|---|
| (a) | Contributions | $ 6,964.62 |
| (b) | Attorneys' Fees and Costs | $ 5,535.38 |

3. Defendant, its owners, officers, agents, servants, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Company is obligated to do so in accordance with the current and any future collective bargaining agreements to which Company is a party to with any local union(s) affiliated with the International Painters and Allied Trades Industry.

4. In the event Company fully and timely complies with the provisions of ¶2 of this Order and timely submits to the Pension Fund all remittance reports and contributions for hours worked or paid to its covered employees through and including May 2008, the Pension Fund shall accept the payments provided for in ¶2 in full settlement of the judgment entered by ¶1 above, waiving a total of $4,944.77 ("Waiver Amount") in liquidated damages. Absent compliance, Defendants shall owe the Pension Fund the Waiver Amount plus interest calculated at the rate of 7% compounded daily from May 30, 2006 to the date of actual payment.

5. The Pension Fund is entitled to reimbursement from Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court

or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs.

See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F2d. 807 (7th Cir. 1986).

      6.    The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer upon the request of Plaintiff and payment of any required fee.

                                      BY THE COURT

Dated:_____

                                      _____
                                        Ellen Segal Huvelle           J.
                                        United States District Judge

Copies shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Louis J. Kozlakowski, Esquire
Wright, Constable & Skeen, LLP
One Charles Center
16th Floor
100 North Charles Street
Baltimore, MD 21201

James Hamilos
M.P. Industrial Coatings, Inc.
13 Malibu Ct.
Towson, MD 27204