## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state under penalty of perjury that the foregoing Motion for Entry of Supplemental Judgment against Defendant was served by mailing same first class mail, postage pre-paid on the date below addressed to:

M.P. Industrial Coatings, Inc.
13 Malibu Ct.
Towson, MD 27204


/s/ SANFORD G. ROSENTHAL
SANFORD G. ROSENTHAL, ESQUIRE


Date: August 9, 2007

173279-1