IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 06-328(ESH) |
| v. | ) ) | |
| M.P. INDUSTRIAL COATINGS, INC. a/k/a MP Industrial Coatings, Inc. | ) ) ) | |
| Defendant | ) ) | |

### DECLARATION OF PHILIP A. LOZANO, ESQUIRE

PHILIP A. LOZANO states:

1. I am an associate attorney employed by Jennings Sigmond, P.C. I presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund"). I submit this declaration to support an award of attorney fees to Plaintiff.

Case Fees

2. Attached as Exhibit 6 to Plaintiff's Motion for Entry of Supplemental Judgment, and incorporated herein by reference, is a list showing all work performed by the office of Jennings Sigmond, P.C. and related costs in connection with this action through August 7, 2007. The listing was prepared from contemporaneous attorney time and expenses records and bills, the originals of which are maintained in the regular business records of Jennings Sigmond. Each piece of work is separately coded and the work performed is described. Plaintiff has incurred post-judgment fees in the amount of $6,430.00 and costs in the amount of $20.86 for a total of $6,450.86.

173279-1



EXHIBIT 5

3.  The identity of those performing services related to this matter and normal hourly rates are as follows.

| INITIALS | NAME | TITLE | HOURLY RATE |
|---|---|---|---|
| SGR | Sanford G. Rosenthal | Shareholder | $220.00 |
| JLT | Jessica L. Tortella | Associate | $220.00 |
| PL | Philip A. Lozano | Associate | $220.00 |
| EAC | Elizabeth A. Coleman | Associate | $220.00 |
| CTM | Cathy T. Morton | Paralegal | $ 70.00 |

Attorney Background and Experience

4.  <u>Sanford G. Rosenthal</u>. Sanford G. Rosenthal is a firm shareholder and co-leader of the ERISA practice and has practiced law for 23 years. He received his undergraduate education at Pennsylvania State University, where he graduated in 1971. He worked as Audit Manager and Office Manager in the administrative team for the Teamsters Health and Welfare and Pension Funds of Philadelphia and Vicinity from 1971 through 1980. Mr. Rosenthal attended the Dickinson School of Law, where he was awarded the Degree of Juris Doctor in 1983. Mr. Rosenthal is a member of the Bar of the Supreme Court of Pennsylvania and the District of Columbia Bar. He is also admitted to practice before the United States Court of Appeals for the Third Circuit and the United States District Courts for the Eastern and Middle Districts of Pennsylvania. His practice concentrates on the representation of multiemployer benefit funds in delinquency litigation and counseling. A sample of his litigation experience is available in 32 published cases that be obtained through a Westlaw search for "AT ("Sanford G. Rosenthal") and Jennings" in the FPENS-CS library.

5.  <u>Jessica L. Torella</u>. Jessica L. Tortella was an associate of the firm until June 2007. She graduated from Widener University School of Law in 2002 and was admitted as a member

of the Bar of the Commonwealth of Pennsylvania in 2003. Jessica has represented employee benefit plans since 2003.

6. <u>Philip A. Lozano</u>. Philip A. Lozano is an associate in the firm. He graduated in 1996 from Franciscan University of Steubenville, with a Bachelors Degree in Psychology. He worked as a Pension Analyst and Benefits Consultant for IBM, Mercer Human Resources Consulting and Duane Morris LLP from 1996 to 2006. He received his law degree in 2006 from the Beasley School of Law-Temple University. Mr. Lozano has been admitted to the Bar of Pennsylvania, and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania.

7. <u>Elizabeth A. Coleman</u>. Elizabeth A. Coleman is an associate. She graduated in 1999 from Muhlenberg College and received her law degree in 2005 from Villanova University School of Law. She served as Associate Editor of Student Work for the Environmental Law Journal. Her Note, "In re Hoery v United States: Compensating Homeowners For Loss of Property Value Due to Toxic Pollution under The Continuing Tort Doctrine" was published in the Villanova Environmental Law Journal in 2005. During law school Ms. Coleman served as a judicial intern for the honorable Susan Peikes Gantman of the Pennsylvania Superior Court. Following law school, she served as a judicial law clerk for the Honorable Albert J. Snite, Jr, in the Philadelphia Court of Common Pleas, Criminal Trial Division. Ms. Coleman has been admitted to the Bars of Pennsylvania and New Jersey, and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania.

8. <u>Catherine T. Morton</u>. Catherine T. Morton is a Paralegal in the Jennings Sigmond office. She has been with the office for six (6) years and is experienced in corporate computer

database research, electronic filing procedures throughout the country and preparation and documentation of service of complaints and other pleadings for employee benefit collections matters, in addition to other skills.

Legal Market Benchmark

9. The time and fees charged in this case are reasonable based on prevailing market rates for similar services by lawyers of reasonably comparable skill, experience and reputation in both the Philadelphia and Northern Virginia markets.

10. My opinion that the time and fees are reasonable is based on a number of factors, including the following:

(a) We serve as counsel or co-counsel to over 20 multiemployer employee benefit funds groups. The firm currently has 17 lawyers, with a dedicated benefits department of seven (7) lawyers plus part-time work by three (3) other lawyers in the labor practice. The work is specialized and our competition often is large corporate firms with both employee benefits and federal litigation experience. In my experience, our fees are normally substantially lower than the charges of larger firms.

(b) The hourly rates in this case are consistent with market rates in published surveys by Altman Weil, a leading law firm consultant. Specifically, Altman Weil found a median hourly rate in 2005 of $195 for associates in the Middle Atlantic region (encompassing Philadelphia) and a median hourly rate of $190 for associates in the South Atlantic region (encompassing Virginia). The hourly rates for associates ranged up to $270 (South Atlantic region) and $273 (Mid Atlantic region) at the 90th percentile. See Associate Hourly Billing Rates (March 10, 2006), reprinted from http://www.altmanweil.com/PracticeSpecialtiesRates/. The median rate for

partners (shareholders) in employee benefits litigation was $305 per hour, *id.*, Practice Specialties and Hourly Rates (October 1, 2005). The hourly rates in this action, for both associates and partners (shareholders) are clearly less than the median hourly rates set forth above.

      (c)    The fees are consistent with market ranges in a 2004 Ohio bar association survey, downloads.ohiobar.org/conventions/convention2005/session508%20Economics%20of%20Law.pdf, especially pages 26 and exhibit 27, especially after giving weight to increases from 2004 to 2006 (roughly 5% per year on average in the Ohio survey) and regional differences reflected in Altman Weil data (Exhibit 7), showing an 8.33% higher rate in median associates' rates in the Middle Atlantic region ($195) over the East North Central region covering Ohio ($180)). The Ohio survey showed median hourly associate rates in the comparable downtown Cleveland, Cincinnati and Columbus areas of $200 - $235 per hour, ranging up to $ $334 - $359 at the 90th percentile. *See*, Exhibit 8 (excerpt page 26). It also shows that a $70 per hour paralegal rate is less than the median rate for 5 years experience in Ohio, without adjustment for regional differences, Exhibit 8 (Ex. 27).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed on: 8/9/07

                                      PHILIP A. LOZANO, ESQUIRE
                                      The Penn Mutual Towers, 16th Floor
                                      510 Walnut Street, Independence Square
                                      Philadelphia, PA 19106-3683
                                      (215) 351-0669
                                      Attorneys for Plaintiffs