IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) | |
| Plaintiff | )<br>) | Civil Action No.<br>06-328(ESH) |
| v. | )<br>) | |
| M.P. INDUSTRIAL COATINGS, INC.<br>   a/k/a MP Industrial Coatings, Inc. | )<br>)<br>) | |
| Defendant | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES – August 2007**

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Time</u> |
|---|---|---|---|
| 8/6/07 | PL | Preparation of Motion for Supplemental Judgment;<br>Preparation of Exhibits and Affidavits re: same | 2.3 |
| 8/7/07 | PL | Review and Revision of Motion for Supplemental<br>Judgment and Related Exhibits and Affidavits | 1.5 |
| | | **August Total:** | **3.8** |

**Summary:**

| | |
|---|---|
| August Fees  PL  3.8 hrs  x  $220.00: | $  836.00 |
| July Fees | $2,596.00 |
| 6/23/06 Through 6/30/07 Fees | $2,998.00 |
| **Total Fees:** | **$6,430.00** |
| Costs | $    20.86 |
| **Grand Total:** | **$6,450.86** |

173279-1



Report ID:  OT2025 - 12749
Tuesday, August 07, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Printed By  SLG
Page  1

Beginning To End

| Client | Client Reporting Name | | | Matter | Matter Reporting Name | | | Billing Timekeeper |
|---|---|---|---|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | | | 27825 | M.P. Industrial Coating, Inc. | | | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 7/6/2007 | EAC | 0.10 | 0.10 | 220.00 | $22.00 | | | Preparation of Litigation Status Report |
| 7/10/2007 | EAC | 1.70 | 1.70 | 220.00 | $374.00 | | | Review of File<br>Preparation of Correspondence to P. Gilbert and V. McGlone<br>Review of Correspondence from P. Gilbert<br>Conference with Attorney P. Lozano Regarding Case and Supplemental Judgment<br>Memo to File |
| 7/13/2007 | PL | 1.50 | 1.50 | 220.00 | $330.00 | | | Review of Documents Related to Drafting Motion for Supplemental Judgment<br>Order Certified Copy of Consent Order<br>Preparation of Motion |
| 7/16/2007 | PL | 3.80 | 3.80 | 220.00 | $836.00 | | | Preparation of Documents Regarding Supplemental Judgment<br>Phone Conference with Affidavits Regarding Same<br>Review of Correspondence from P. Gilbert Regarding Same<br>Preparation of Correspondence to P. Gilbert Regarding Same |
| 7/16/2007 | EAC | 0.20 | 0.20 | 220.00 | $44.00 | | | Review of Correspondence from P. Gilbert<br>Preparation of Correspondence to P. Gilbert<br>Review of File |
| 7/17/2007 | PL | 0.20 | 0.20 | 220.00 | $44.00 | | | Correspondence Exchange with P. Gilbert and T. Montemore Regarding Motion for Supplemental Judgment |
| 7/18/2007 | PL | 0.30 | 0.30 | 220.00 | $66.00 | | | Correspondence Exchange with P. Gilbert Regarding Audit Notification<br>Review of File Regarding Same |
| 7/23/2007 | PL | 1.20 | 1.20 | 220.00 | $264.00 | | | Preparation of Motion for Supplemental Judgment |
| 7/25/2007 | PL | 2.80 | 2.80 | 220.00 | $616.00 | | | Preparation of Brief for Supplemental Judgment<br>Preparation of Attachments Regarding Same |

**Unbilled Time Totals**  11.80  11.80   $2,596.00

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/16/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency File<br>Review of Documents<br>Preparation of Litigation Memo |
| 2/17/2006 | JLT | 2.20 | 2.20 | 200.00 | $440.00 | | | Review of File Documents<br>Computer Research Regarding Company Status<br>Preparation of Complaint<br>Review of D&B Report |
| 2/20/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Complaint |
| 3/9/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of Correspondence from P. Burris<br>Preparation of Correspondence to T. Montemore<br>Memo to File |

Report ID:  OT2025 - 12749
Tuesday, August 07, 2007

## Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By  SLG
Page        2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 3/16/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Affidavit of Service |
| 3/20/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from P. Gilbert |
| | | | | | | | Phone Conference with T. Montemore |
| 3/29/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | Phone Conference with L. Karokowski (x3) |
| | | | | | | | Review of Delinquency Report |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Preparation of Correspondence to P. Gilbert (x4) |
| | | | | | | | Review of Correspondence from P. Gilbert (x4) |
| 3/30/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | Phone Conference with L. Lasakowski (x2) |
| 4/3/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | M.P. Industrial Coatings |
| | | | | | | | Review of Documents from L. Kozlakowski (x2) |
| | | | | | | | Preparation of Correspondence to P. Burris |
| 4/4/2006 | JLT | 0.90 | 0.90 | 200.00 | $180.00 | | Review of Correspondence from T. Montemore (x4) |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Phone Conference with L. Kozlakowski |
| | | | | | | | Preparation of Correspondence to T. Montemore (x3) |
| 4/5/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | Review of Correspondence from L. Kozlakowski |
| | | | | | | | Phone Conference with L. Kozlakowski |
| | | | | | | | Preparation of Correspondence to P. Gilbert |
| 4/13/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | Phone Conference with L. Kozlakowski |
| | | | | | | | Preparation of Fax for P. Gilbert |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Review of Correspondence from P. Gilbert (x4) |
| 4/24/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Delinquency Report |
| | | | | | | | Review of Order |
| 4/25/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Phone Conference with L. Kozlakowski |
| | | | | | | | Preparation of Letter to L. Kozlakowski |
| 4/26/2006 | JLT | 1.20 | 1.20 | 200.00 | $240.00 | | Phone Conference with L. Kozlakowski (x6) |
| | | | | | | | Phone Conference with T. Montemore (x5) |
| | | | | | | | Review of Correspondence from L. Kozlakowski (x4) |
| | | | | | | | Preparation of letter to L. Kozlakowski |
| 4/27/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | Phone Conference with L. Kozlakowski |
| | | | | | | | Review of Correspondence from L. Kozlakowski |
| | | | | | | | Preparation of Correspondence to P. Gilbert (x3) |
| | | | | | | | Review of Correspondence from T. Montemore |
| 4/28/2006 | JLT | 0.90 | 0.90 | 200.00 | $180.00 | | Review of Detail Report from P. Gilbert |
| | | | | | | | Review of Answer |
| | | | | | | | Review of Correspondence from L. Kozlakowski (x2) |
| 5/1/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Complaint Answer |
| 5/1/2006 | JLT | 3.10 | 3.10 | 200.00 | $620.00 | | Preparation of Accounting for Company |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Preparation of Correspondence to P. Burris |
| | | | | | | | Review of Correspondence from P. Burris |
| 5/4/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | Preparation of Spreadsheet for Payments Made |

Report ID: OT2025 - 12749
Tuesday, August 07, 2007

## Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By SLG
Page 3

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 5/5/2006 | JLT | 1.50 | 1.50 | 200.00 | $300.00 | | | Review and Revision of Delinquency Spreadsheet |
| 5/10/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Notice |
| 5/11/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of Letter from L. Kozlakowski<br>Preparation of Letter to L. Koslakowski |
| 5/12/2006 | JLT | 1.20 | 1.20 | 200.00 | $240.00 | | | Review of Documents<br>Phone Conference with T. Montemore<br>Review of Correspondence from P. Gilbert |
| 5/15/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Review of Correspondence from P. Gilbert<br>Phone Conference with L. Kozlakowski<br>Review of Correspondence from L. Kozlakowski (x6) |
| 5/16/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Review of Correspondence from P. Gilbert<br>Preparation of Correspondence to L. Kozlakowski (x3)<br>Preparation of Correspondence to P. Gilbert<br>Review of Correspondence from L. Kozlakowski |
| 5/17/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with T. Montemore<br>Phone Conference with L. Kozlakowski<br>Calculation of Amounts Due |
| 5/18/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of Correspondence from T. Montemore<br>Preparation of Correspondence to T. Montemore<br>Preparation of Correspondence to T. Montemore<br>Preparation of Correspondence to L. Kozlakowski |
| 5/22/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of Correspondence from T. Montemore<br>Phone Conference with T. Montemore (x4)<br>Review of Correspondence from L. Kozlakowski |
| 5/31/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Letter to Company<br>Review of Delinquency Update |
| 6/6/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Correspondence from L. Kozlakowski<br>Preparation of Correspondence to L. Kozlakowski |
| 6/7/2006 | JLT | 2.30 | 2.30 | 200.00 | $460.00 | | | Preparation of Settlement Agreement |
| 6/8/2006 | JLT | 3.40 | 3.40 | 200.00 | $680.00 | | | Preparation of Settlement Agreement<br>Preparation of Electronic Wire Transfer<br>Preparation of Personal Guarantee<br>Preparation of Consent Order and Judgment<br>Calculation of Payments |
| 6/9/2006 | JLT | 1.40 | 1.40 | 200.00 | $280.00 | | | Review and Revision of Consent Order<br>Phone Conference with T. Montemore (x3)<br>Preparation of Correspondence to K. Bazanos<br>Phone Conference with L. Kozlakowski<br>Review of Correspondence from L. Kozlakowski (x5)<br>Preparation of Correspondence to L Kozlakowski (x5)<br>Phone Conference with Judge Huevelle |
| 6/12/2006 | JLT | 0.90 | 0.90 | 200.00 | $180.00 | | | Review of Signed Documents<br>Preparation of Letter to T. Montemore<br>Preparation of Correspondence to T. Montemore<br>Review of Correspondence from L. Kozlakowski<br>Preparation of Correspondence to L. Kozlakowski |

Report ID:  OT2025 - 12749  
Tuesday, August 07, 2007

**Jennings Sigmond, P.C.**  
**Time And Expense Details**

Beginning To End

Printed By  SLG  
Page  4

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 6/13/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Order |
| 6/19/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | Phone Conference with J. Hamilos (x2) |
| | | | | | | | Review of Correspondence from P. Gilbert (x6) |
| | | | | | | | Preparation of Correspondence from P. Gilbert |
| | | | | | | | Preparation of Correspondence to L. Kozlakowski (x3) |
| | | | | | | | Preparation of Default Letter |
| | | | | | | | Review of Correspondence from L. Kozlakowski |
| 6/23/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Order |
| 7/11/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | Preparation of Memo regarding Litigation Status |
| 7/12/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | Preparation of Memo regarding Settlement |
| 8/1/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | Phone Conference with T. Montemore |
| | | | | | | | Review of correspondence from T. Montemore |
| 8/7/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Review of correspondence from P. Gilbert |
| | | | | | | | Review of audit report |
| 8/10/2006 | JLT | 1.70 | 1.70 | 200.00 | $340.00 | | Review of audit |
| | | | | | | | Preparation of letter to company |
| 8/11/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with V. McGlone |
| | | | | | | | Preparation of correspondence to V. McGlone |
| 8/16/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | Review of correspondence from L. Kozlakowski |
| | | | | | | | Preparation of correspondence to L. Kozlakowski |
| | | | | | | | Phone Conference with T. Montemore |
| 8/21/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | Review of letter from L. Kozlakowski |
| 9/6/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | Review of Letter from M. Koylakanski |
| | | | | | | | Preparation of Correspondence to T. Montemore and B. Moore |
| 9/12/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from T. Montemore (x3) |
| | | | | | | | Phone Conference with T. Montemore |
| 9/18/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Letter From B. Moore |
| | | | | | | | Preparation of Correspondence to L. Kozlakowski |
| 9/21/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Letter from D. Behrendt |
| | | | | | | | Phone Conference with T. Montemore (x2) |
| | | | | | | | Phone Conference with L. Kozlakowski |
| 9/22/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from P. Gilbert |
| 9/25/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | Review of Correspondence from L. Kozlakowski (x3) |
| | | | | | | | Preparation of Correspondence to L. Kozlakowski (x3) |
| | | | | | | | Phone Conference with T. Montemore |
| 9/26/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from T. Montemore |
| 10/11/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Preparation of Correspondence to L. Kozlakowski |
| 10/12/2006 | JLT | 4.60 | 4.60 | 200.00 | $920.00 | | Preparation of Motion for Supplemental Judgment |
| 11/6/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from P. Gilbert |
| 11/17/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from P. Gilbert (x2) |
| | | | | | | | Preparation of Correspondence to P. Gilbert |

Report ID:  OT2025 - 12749
Tuesday, August 07, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By  SLG
Page  5

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 11/21/2006 | JLT | 1.30 | 1.30 | 200.00 | $260.00 | | | Preparation of Supplemental Motion<br>Review of Correspondence from P. Gilbert (3)<br>Preparation of Correspondence to P. Gilbert (x3) |
| 12/18/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Preparation of Memo to Client Regarding Litigation Status |
| 2/19/2007 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Preparation of Letter to Company<br>Preparation of Supplemental Motion |
| 3/30/2007 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Correspondence from T. Montemore |
| 4/17/2007 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with P. Gilbert<br>Preparation of Correspondence to P. Gilbert<br>Review of Correspondence from P. Gilbert |
| 6/29/2007 | EAC | 0.20 | 0.20 | 220.00 | $44.00 | | | Memo to File |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 07/03/2007 | Current Period | 06/29/2007 | 7 | 2007 |

### Billed Time

| Totals | 47.00 | 47.00 | | $9,300.00 |
|---|---|---|---|---|

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 2/20/2006 | $5.58 | PO | Postage Charges |
| 2/23/2006 | $250.00 | 7100 | Filing Fee |
| 2/23/2006 | $17.22 | COPY | Photocopies |
| 2/28/2006 | $12.60 | COPY | Photocopies |
| 2/28/2006 | $16.07 | SD | Special Delivery |
| 3/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 3/1/2006 | $15.00 | PO | Postage Charges |
| 3/16/2006 | $198.10 | 7100 | Service of Complaint |
| 3/16/2006 | $0.21 | COPY | Photocopies |
| 4/3/2006 | $0.56 | COPY | Photocopies |
| 4/3/2006 | $3.50 | FAX | Fax Charges |
| 4/3/2006 | $4.50 | FAX | Fax Charges |
| 4/10/2006 | $1.50 | FAX | Fax Charges |
| 5/1/2006 | $3.00 | FAX | Fax Charges |
| 5/1/2006 | $3.00 | FAX | Fax Charges |
| 5/11/2006 | $0.21 | COPY | Photocopies |
| 5/11/2006 | $3.00 | FAX | Fax Charges |
| 6/8/2006 | $2.00 | FAX | Fax Charges |
| 6/10/2006 | $13.36 | SD | Special Delivery |
| 6/17/2006 | $13.36 | SD | Special Delivery |

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Report ID: OT2025 - 12749
Tuesday, August 07, 2007

Beginning To End

Printed By  SLG
Page  6

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 6/19/2006 | $4.50 | FAX | Fax Charges |
| 8/12/2006 | $13.36 | SD | Special Delivery |
| 2/19/2007 | $4.50 | FAX | Fax Charges |
| 4/20/2007 | $3.00 | FAX | Fax Charges |

### Billed Expenses

| | |
|---|---|
| Totals | $661.03 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 58.80 | 58.80 | $11,896.00 | $661.03 | $12,557.03 |

\*\*\* End Of Report \*\*\*