

Associate Hourly Billing Rates by Region

Source: Altman Weil Survey of Law Firm Economics 2005 Edition

See following page for states included in each region.

EXHIBIT 8





Median Hourly Billing Rates Litigation Specialties

Top Five Hourly Rates Equity and Non-Equity Partners

Antitrust $380, IP $330, Tax $325, Employee Benefits $305, Criminal $305

Source: Altman Weil Survey of Law Firm Economics 2005 Edition