UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | * * | |
| Plaintiffs | * | Case No.: 1:06-CV-00328 (ESH) |
| v. | * | |
| M.P. INDUSTRIAL COATINGS, INC. a/k/a MP Industrial Coatings, Inc. | * * | |
| Defendant | | |

* * * * * * * * * * * * *

## MOTION TO DISMISS

Defendant, M.P. Industrial Coatings, Inc., ("Defendant") by its undersigned counsel[1], hereby files this Motion to Dismiss against Plaintiff's Motion for Entry of Supplemental Judgment Against Defendant M.P. Industrial Coatings, Inc. and states as follows:

1.  The docket sheet clearly indicates:

    **WARNING: CASE CLOSED on 06/19/2006**

2.  Plaintiff nonetheless filed for entry of supplemental judgment against Defendant M.P. Industrial Coatings, Inc. on August 9, 2007.[2]

3.  On June 19, 2006 the Court entered a Consent Order and Judgment, which among other things, provided for judgment in the amount of $17,444.77. The Order also "restrained and

---

[1] Counsel for Defendant reserves the right to file a Motion Striking Attorney's Appearance in the event the Court reopens the case.

[2] Plaintiff has leaped over several rules of civil procedure in seeking entry of a new judgment for $160,234.15. In this vein, Plaintiff has not asked for relief from Judgment or Order under Civ. Rule 60 (b) nor has Plaintiff filed a Motion for Summary Judgment for $160,234.15. Instead, Plaintiff simply asks the Court to enter Judgment based on a Settlement Agreement, which was not incorporated into the Consent Order.

enjoined" Defendant from failing to file future remittance reports. Finally, the Order provided for attorney fees for enforcement of the Consent Order and Judgment.

4. Plaintiff caused an audit to be performed of Defendant's books and records on May 1, 2006. Plaintiff's auditor issued its report on June 15, 2006. Plaintiff now seeks Judgment in the amount of $160,234.15 based on an audit performed before the entry of the June 19, 2006 Consent Order and Judgment.[3]

5. The Consent Order and Judgment did not provide for continuing jurisdiction over the Settlement agreement as one of the terms of its Order nor did it provide for entry of judgment for any amounts found due under audits (present or future).

WHEREFORE, Defendant asks the Court to dismiss Plaintiff's Motion for Entry of Supplemental Judgment, as the June 19, 2006 Consent Order and Judgment did not retain jurisdiction over the settlement agreement. Further, Plaintiff is beyond one year from the date of the Judgment so as not to be able to obtain relief under Civ. Rule 60 (b).

                                                /s/
                             Howard S. Stevens, DC Bar No.: 466924
                             Wright, Constable & Skeen, LLP
                             100 N. Charles Street, 16th Floor
                             Baltimore, MD 21201
                             Ph: (410) 659-1300
                             *Attorneys for MP Industrial Coatings, Inc.*

Of Counsel:

Louis J. Kozlakowski, Jr.
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD 21201
Ph: (410) 659-1300

---

[3] Defendant does not agree with the results of the audit and has communicated its objections to Plaintiff.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of August 2007, a copy of Defendant, M.P. Industrial Coatings, Inc.'s Motion to Dismiss, Memorandum in Support and Proposed Order was served electronically on the following:

> Sanford G. Rosenthal
> Jennings Sigmond, PC
> The Penn Mutual Towers, 16th Floor
> 510 Walnut Street
> Philadelphia, PA  19106

_____/s/_____
Howard S. Stevens

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | * | |
| | * | |
| Plaintiffs | * | Case No.: 1:06-CV-00328 (ESH) |
| v. | * | |
| M.P. INDUSTRIAL COATINGS, INC. a/k/a MP Industrial Coatings, Inc. | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY
OF SUPPLEMENTAL JUDGMENT</u>**

Upon consideration of the Plaintiff's Motion for Entry of Supplemental Judgment Against Defendant M.P. Industrial Coatings, Inc. and Defendant's Motion to Dismiss, it is this _____ day of _____ 2007, ORDERED that Plaintiff's Motion for Entry of Supplemental Judgment Against Defendant M.P. Industrial Coatings, Inc. is hereby DENIED.

_____
Judge

199761 v. (10542.00001)