Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | | |
| TRADES INDUSTRY PENSION FUND ) | | |
| ) | Civil Action No. | |
| Plaintiff ) | 06-328(ESH) | |
| v. ) | | |
| ) | | |
| M.P. INDUSTRIAL COATINGS, INC. ) | | |
| a/k/a MP Industrial Coatings, Inc. ) | | |
| ) | | |
| Defendant ) | | |

## O R D E R

This matter having come before the Court on Defendant's Motion to Dismiss Plaintiff's Motion for Entry of Supplemental Judgment in the above-captioned action, and the Court having considered the arguments:

It is ORDERED that the Defendant's Motion to Dismiss Plaintiff's Motion for Entry of Supplemental Judgment, hereby DENIED in its entirety.


Date:_____                By the Court:_____
                                              Ellen Segal Huvelle,           J.
                                              United States District Judge

Copies to:

Sanford G. Rosenthal
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611

Philip A. Lozano
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0660

Howard S. Stevens
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD  21201

Louis J. Kozlakowski, Jr.
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD  21201