## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, state under penalty of perjury that I caused a copy of the foregoing Plaintiff's REPLY TO DEFENDANT'S MOTION TO DISMISS, to be served via UPS overnight mail on the date and to the addresses below:

Howard S. Stevens
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD  21201

Louis J. Kozlakowski, Jr.
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD  21201

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL

DATE: August 31, 2007