

# JENNINGS SIGMOND

## ATTORNEYS AT LAW

Jessica L. Tortella
Direct Dial: (215) 351-0669
E-Mail Address: jtortella@jslex.com

Member: PA & NJ Bars

August 10, 2006

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

JENNINGS SIGMOND, P.C.
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
856-667-6950
FAX 856-667-6982

**VIA OVERNIGHT MAIL**

Louis J. Kozlakowski, Esquire
Wright, Constable & Skeen, LLP
One Charles Center
16th Floor
100 North Charles Street
Baltimore, MD 21201

James Hamilos, Owner
M.P. Industrial Coatings, Inc.
13 Malibu Ct.
Towson, MD 27204

**RE:   International Painters and Allied Trades Industry Pension Fund v.
M.P. Industrial Coatings, Inc., et al.
Audit Delinquency**

Dear Mr. Kozlakowski and Mr. Hamilos:

I am writing regarding the completed audit of M.P. Industrial Coatings, Inc. ("Company" or "Defendant").  Enclosed please find a copy of the report prepared by the Fund's auditor in connection with his review of Company's payroll and related records for the period January 1, 2003 through March 31, 2006.  Based upon the Audit, Company owes a total of $108,537.79 in contributions, detailed as follows:

| National Funds | Total |
|---|---|
| Painters and Allied Trades Industry Pension Fund | $ 100,347.71 |
| Painters and Allied Trades Industry Annuity Fund | $ 2,336.32 |
| Finishing Trade Institute | $ 2,915.43 |
| Political Action Trust | $ 2.40 |
| Painters and Allied Trades Labor Management Cooperation Initiative Fund | $ 2,935.93 |
| **Total** | $ 108,537.79 |

165466-1

**EXHIBIT**
3

L. Kozlakowski
J. Hamilos
MP Industrial
August 10, 2006
Page 2

If Company disputes any amounts included in the audit, please provide me with a detailed statement within five (5) days which sets forth the basis of your dispute and include all documents in support of your position.

     In addition to the unpaid contributions, Company also owes the following in connection with the audit:

|     |     |     |
| --- | --- | --- |
| (a) | Interest (through 6/23/06) | $ 7,282.78 |
| (b) | Liquidated Damages | $ 21,707.56 |
| (c) | Audit Costs | $ 787.55 |

Thus, in addition to the audit delinquency, Company owes the Funds $29,777.89.

     After you have had an opportunity to review the enclosed material and this letter, please contact me to make arrangements for payment of the indebtedness. Because of the amount involved it is imperative that this matter be resolved within one (1) week from the date of this letter or the Pension Fund will have no alternative but to enforce ¶9 in the June 8, 2006 Settlement Agreement.  I trust this will not be necessary and look forward to hearing from you.

     Thank you for your time and attention to this matter.  If you have any further questions, please do not hesitate to contact me.

     Sincerely,

     JESSICA L. TORTELLA

JLT
Ptintf.27825.c
mp industrial
enclosure

cc:    Thomas Montemore (w/o enclosures)

171053-1

**MP INDUSTRIAL COATINGS, INC.**
**600 SHIPYARD ROAD**
**SPARROW POINT, MD  21219**
**PH:  410-477-6500**

**LOCAL:        DC 51**


**DATE OF REVIEW:        05/01/06**


**PERIOD REVIEWED:  1/01/03– 03/31/06**


**CONTACT:  JIM HAMILOS**


**ROBERT E. MOORE, CPA**

# MOORE, RENNER & SIMONIN, P.C.

CERTIFIED PUBLIC ACCOUNTANTS
3636 NORTH BELT WEST
BELLEVILLE, ILLINOIS 62226

ROBERT E. MOORE, CPA
JEFFREY T. RENNER, CPA*
SCOTT L. SIMONIN, CPA
......................
PAUL G. VOLLMER, CPA

*ILLINOIS AND MISSOURI

PHONE (618) 233-5049
FAX  (618) 233-1061

**Independent Accountant's Report
On Applying Agreed-Upon Procedures**

June 15, 2006

IUPAT & Industry Pension Fund
1750 New York Avenue NW
Washington, DC 23006

We have applied certain procedures, as discussed below, to the payroll records of **M. P. Industrial Coatings, Inc.,** a contributing employer to the IUPAT & Industry Pension Fund for the period January 1, 2003 to March 31, 2006. The purpose of our review was to assist you in determining whether contributions to the Trust Funds are being made in accordance with the collective bargaining agreements in effect and with the Trust Agreements of the Funds. The propriety of the contributions is the responsibility of the employer's management. This agreed upon procedures engagement was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

Our procedures generally include a review of the pertinent provision of the collective bargaining agreements and comparing underlying employer payroll records to Fund contribution records. The employer records we review may include payroll journals, individual earnings records, payroll tax returns, contribution reports, job classifications, and general disbursement records. The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Trust Funds. Any compensation paid to employees not disclosed to us or made part of the written record is not determinable by us and is not included in our review.

We were not engaged to, and did not, conduct and examination, the objective of which would be the expression of an opinion on the payroll hours data submitted. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

Exceptions to employer contributions noted are detailed on the accompanying schedule.

This report is intended solely for the use of the specified users listed above and should not be used by those who have not agreed to the procedures or taken responsibility for the sufficiency of the procedures for their purposes.

Very truly yours,

**MOORE, RENNER & SIMONIN, P.C.**

By: *Robert Moore CPA*

MEMBERS OF AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
ILLINOIS AND MISSOURI SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS

M. P. INDUSTRIAL COATINGS, INC.
Notes to Report

1.  Our review was conducted at the employer's office.  Records provided by the employer were marginally adequate.  For 2002, only W-2's were provided.  For 2003-2005, only annual reports were provided.  The employer said that there was no way to break down hours by month.  No 1099's were provided prior to 2005.  As a result, we only had annual hours.  For subcontractors, the employer said all payments were for labor, so we simply divided payments by scale.

2.  Amounts paid the Fund – review period                                           $189,999.00
                                                                                     =========

Summary of amounts due the Fund:

|  | Pension | Annuity | FTI | LMCI | PAT | Total |
|---|---|---|---|---|---|---|
| Total deficiencies | $100,347.71 | $2,336.32 | $2,915.43 | $2,935.93 | $2.40 | $108,541.39 |
| Interest | 6,837.42 | .00 | 220.51 | 224.54 | .31 | 7,282.78 |
| Cost of review | 745.02 | .00 | 21.19 | 21.34 | .00 | 787.55 |
|  | $107,930.15 | $2,336.32 | $3,157.13 | $3,185.44 | $2.71 | $116,611.75 |

3.  The employer utilized nonsignatory subcontractors to perform work covered by the collective bargaining  agreement.

4.  Interest in the amount of $7,282.78 has been calculated from the due date of the report where each deficiency was noted through 6/23/06 as follows:

06/1/03 – 9/30/03    5%
10/1/03 -  3/31/04    4%
04/1/04 -  6/30/04    5%
07/1/04 – 9/30/04    4%
10/1/04 – 3/31/05    5%
04/1/04 – 9/30/05    6%
10/1/05 –  6/23/06    7%

MP INDUSTRIAL
2003 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|-----|------|------|------|-------|-------|-----|------|------|------|-------|------|------|------|-------------|
| 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 | M. Aguilar | | | | | | | | | | | | 420 | 420 |
| 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 | L. Bautista | | | | | | | | | | | | 897.5 | 897.5 |
| 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 | J. Amaya | | | | | | | | | | | | 124 | 124 |
| 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 | L. Duran | | | | | | | | | | | | 64 | 64 |
| 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 | R. Ercules | | | | | | | | | | | | 173 | 173 |
| 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 | A. Serrano | | | | | | | | | | | | 147.5 | 147.5 |
| 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 | J. Ramos | | | | | | | | | | | | 191 | 191 |
| 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 | A. Serrano | | | | | | | | | | | | 278.5 | 278.5 |
| 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 | W. Diaz | | | | | | | | | | | | 188 | 188 |
| 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 | A. Chaves | | | | | | | | | | | | 640 | 640 |
| 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 | R. Montgomery | | | | | | | | | | | | 55.5 | 55.5 |
| | **TOTAL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3179 | 3179 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|------|------|------|------|------|-------|-------|-----|------|------|------|-------|------|------|------|---------------|
| Pension | 6/03 | 0.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $317.90 | $317.90 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $158.95 | $158.95 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $158.95 | $158.95 |
| **TOTAL** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $635.80 | $635.80 |

| FUND | |
|------|------|
| Pension | $317.90 |
| Apprentice | $158.95 |
| Industry Advancement | $158.95 |
| | $635.80 |

**TOTALS DUE**

| | |
|------|------|
| Due to Pension | |
| Due to Apprentice | |
| Due to Industry Advan. | |

## MP INDUSTRIAL
### 2003 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Randall | | | | | 149.5 | | | | | | | | 149.5 |
| 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 | J. Hernandez | | | 55.5 | | | | | | | | | | 55.5 |
| | TOTAL | 0 | 0 | 55.5 | 0 | 149.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 205 |

### DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 1/03 | 0.40 | | | $0.00 | $0.00 | $22.20 | $0.00 | $59.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| Industry Advancement | 1/03 | 0.05 | | | $0.00 | $0.00 | $2.78 | $0.00 | $7.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.25 |
| TOTAL | | | | | $0.00 | $0.00 | $24.98 | $0.00 | $67.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $92.25 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $82.00 |
| Due to Industry Advan. | $10.25 |
| | $92.25 |

MP INDUSTRIAL
2003 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | J. Gonzalez | | | | | | | | | | | | 161 | 161 |
| 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 | J. Leite | | | | | | | | | | | | 54.5 | 54.5 |
| 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 | E. Velasquez | | | | | | | | | | | | 11 | 11 |
| 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 | O. Velasquez | | | | | | | | | | | | 11 | 11 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 237.5 | 237.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.88 | $11.88 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.88 | $11.88 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $498.75 | $498.75 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $475.00 |
| Due to Apprentice | $11.88 |
| Due to Industry Advan. | $11.88 |
| | $498.75 |

MP INDUSTRIAL
2003 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | E. Gibson | | | | | | | | | | | | 294 | 294 |
| 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 | J. Gomez | | | | | | | | | | | | 215 | 215 |
| 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 | R. Locklear | | | | | | | | | | | | 146 | 146 |
| 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 | W. Matthews | | | | | | | | | | | | 25 | 25 |
| 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 | J. Padgett | | | | | | | | | | | | 29 | 29 |
| 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 | J. Tejeda | | | | 277.5 | | | | | | | | | 277.5 |
| 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 | H. Garcia | | | | | | | | | | | | 1298 | 1298 |
| 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 | E. D. Hunt | | | | | | | | | | | | 283 | 283 |
| 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 | E. J. Hunt | | | | | | | | | | | | 235 | 235 |
| 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 | P. Alatzas | | | | | | | | | | | | 46 | 46 |
| 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 | J. Robles | | | | | | | | | | | | 198.5 | 198.5 |
| 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 | D. Haviarai | | | | | | | | | | | | 269 | 269 |
| 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 | H. Torres | | | | | | | | | | | | 194 | 194 |
| | TOTAL | 0 | 0 | 0 | 277.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3232.5 | 3510 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 1/03 | 2.30 | 6/03 | 2.00 | $0.00 | $0.00 | $0.00 | $638.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,465.00 | $7,103.25 |
| Apprentice | | | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.63 | $161.63 |
| Industry Advancement | 1/03 | 0.05 | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $13.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.63 | $175.50 |
| | | | | TOTAL | $0.00 | $0.00 | $0.00 | $652.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,788.25 | $7,440.38 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $7,103.25 |
| Due to Apprentice | $161.63 |
| Due to Industry Advan. | $175.50 |
| | $7,440.38 |

MP INDUSTRIAL
2003 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | M. Adames | | | | | | | | | | | | 168.5 | 168.5 |
| 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 | J. Alas | | | | | | | | | | | | 30 | 30 |
| 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 | F. Breeden | | | | | | | | | | | | 69 | 69 |
| 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 | T. Brown | | | | | | | | | | | | 99.5 | 99.5 |
| 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 | A. Carrera | | | | | | | | | | | | 496.25 | 496.25 |
| 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 | J. Castillo | | | | | | | | | | | | 654 | 654 |
| 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 | R. Castillo | | | | | | | | | | | | 101 | 101 |
| 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 | C. Chaves | | | | | | | | | | | | 217.5 | 217.5 |
| 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 | O. Chaves | | | | | | | | | | | | 109 | 109 |
| 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 | R. Coleman | | | | | | | | | | | | 243 | 243 |
| 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 | M. Deshong | | | | | | | | | | | | 410 | 410 |
| 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 | O. Fernandez | | | | | | | | | | | | 34 | 34 |
| 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 | C. Gibson | | | | | | | | | | | | 167 | 167 |
| **TOTAL** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2798.75 | 2798.75 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,597.50 | $5,597.50 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $139.94 | $139.94 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $139.94 | $139.94 |
| **TOTAL** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,877.38 | $5,877.38 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $5,597.50 |
| Due to Apprentice | $139.94 |
| Due to Industry Advan. | $139.94 |
| | $5,877.38 |

**MP INDUSTRIAL**
**2004 HOURS WORKED LOCAL 6**

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | R. Matthews | 120 | | | | | | | | | | | | 120 |
| TOTAL | | 120 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 120 |

**DOLLAR AMOUNTS DUE**

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 8/03 | 2.50 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| Apprentice | 8/03 | 0.05 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| PAT | 8/03 | 0.02 | $2.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.40 |
| Industry Advancement | 8/03 | 0.05 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| TOTAL | | | $314.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $314.40 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $300.00 |
| Due to Apprentice | $6.00 |
| Due to PAT | $2.40 |
| Due to Industry Advan. | $6.00 |
| | $314.40 |

MP INDUSTRIAL
2004 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | K. Bautista | | | | | | | | | | | | 1540.5 | 1540.5 |
| 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 | A. Chaves | | | | | | | | | | | | 224.5 | 224.5 |
| 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 | E. Chaves | | | | | | | | | | | | 1452 | 1452 |
| 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 | J. Amaya | | | | | | | | | | | | 1557 | 1557 |
| 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 | J. Gomez | | | | | | | | | | | | 695.5 | 695.5 |
| 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 | D. Guerra | | | | | | | | | | | | 1202 | 1202 |
| 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 | R. Montgomery | | | | | | | | | | | | 56.5 | 56.5 |
| 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 | A. Serrano | | | | | | | | | | | | 1140.5 | 1140.5 |
| 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 | A. Serrano | | | | | | | | | | | | 35 | 35 |
| 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 | F. Diaz | | | | | | | | | | | | 1338.5 | 1338.5 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9242 | 9242 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/04 | 0.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,310.50 | $2,310.50 |
| Apprentice | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $462.10 | $462.10 |
| Industry Advancement | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $462.10 | $462.10 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,234.70 | $3,234.70 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $2,310.50 |
| Due to Apprentice | $462.10 |
| Due to Industry Advan. | $462.10 |
| | $3,234.70 |

MP INDUSTRIAL
2004 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|-----|------|------|------|-------|-------|-----|------|------|------|-------|------|------|------|-------------|
| 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 | J. Bernhardt | | | | | | | | | | | | 432.25 | 432.25 |
| 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 | H. Gomez | | | | | | | | | | | | 1744 | 1744 |
| 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 | M. Pinto | | | | | | | | | | | | 1141 | 1141 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3317.25 | 3317.25 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|------|------|------|------|------|------|------|-------|-------|-----|------|------|------|-------|------|------|------|---------------|
| Pension | | | 6/04 | 0.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,322.08 | $2,322.08 |
| Apprentice | | | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $165.86 | $165.86 |
| Industry Advancement | | | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $165.86 | $165.86 |
| TOTAL | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,653.80 | $2,653.80 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $2,322.08 |
| Due to Apprentice | $165.86 |
| Due to Industry Advan. | $165.86 |
| | $2,653.80 |

MP INDUSTRIAL
2004 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | M. Adames | | | | | | | | | | | | 340 | 340 |
| 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 | H. Arias | | | | | | | | | | | | 266.5 | 266.5 |
| 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 | T. Brown | | | | | | | | | | | | 6.5 | 6.5 |
| 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 | A. Carrera | | | | | | | | | | | | 978.5 | 978.5 |
| 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 | J. Castillo | | | | | | | | | | | | 785.5 | 785.5 |
| 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 | R. Castillo | | | | | | | | | | | | 76 | 76 |
| 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 | O. Chaves | | | | | | | | | | | | 602.5 | 602.5 |
| 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 | R. Delbert | | | | | | | | | | | | 144 | 144 |
| 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 | C. Gibson | | | | | | | | | | | | 15 | 15 |
| 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 | E. Gibson | | | | | | | | | | | | 98.5 | 98.5 |
| 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 | J. Gomez | | | | | | | | | | | | 72 | 72 |
| 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 | J. Ramos | | | | | | | | | | | | 340 | 340 |
| 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 | J. Robles | | | | | | | | | | | | 127.5 | 127.5 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3852.5 | 3852.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,475.50 | $8,475.50 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.63 | $192.63 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.63 | $192.63 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,860.75 | $8,860.75 |

TOTALS DUE

| Due to Pension | $8,475.50 |
|---|---|
| Due to Apprentice | $192.63 |
| Due to Industry Advan. | $192.63 |
| | $8,860.75 |

MP INDUSTRIAL
2004 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | S. Ruiz | | | | | | | | | | | | 83.5 | 83.5 |
| 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 | J. Tejeda | | | | | | | | | | | | 1792 | 1792 |
| 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 | H. Torres | | | | | | | | | | | | 368.5 | 368.5 |
| 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 | R. Young | | | | | | | | | | | | 6.5 | 6.5 |
| 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 | H. Garcia | | | | | | | | | | | | 6.5 | 6.5 |
| 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 | A. Ortiz | | | | | | | | | | | | 1343 | 1343 |
| 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 | D. Haviaral | | | | | | | | | | | | 566.5 | 566.5 |
| 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 | O. Velasquez | | | | | | | | | | | | 59 | 59 |
| 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 | D. Lucas | | | | | | | | | | | | 8 | 8 |
| | | | | | | | | | | | | | 176 | 176 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4403 | 4403 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,686.60 | $9,686.60 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220.15 | $220.15 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220.15 | $220.15 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,126.90 | $10,126.90 |

Due to Pension  $9,686.60
Due to Apprentice  $220.15
Due to Industry Advan.  $220.15

TOTALS DUE  $10,126.90

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | L. Bautista | | | | | | | | | | | | 1055 | 1055 |
| 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 | A. Chaves | | | | | | | | | | | | 254 | 254 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1309 | 1309 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/04 | 0.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $327.25 | $327.25 |
| Apprentice | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65.45 | $65.45 |
| Industry Advancement | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65.45 | $65.45 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $458.15 | $458.15 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $327.25 |
| Due to Apprentice | $65.45 |
| Due to Industry Advan. | $65.45 |
| | $458.15 |

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | J. Bernhardt | | | | | | | | | | | | 46.5 | 46.5 |
| 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 | D. Gomez | | | | | | | | | | | | 229 | 229 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 275.5 | 275.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/04 | 0.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.85 | $192.85 |
| Apprentice | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.78 | $13.78 |
| Industry Advancement | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.78 | $13.78 |
| | TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220.40 | $220.40 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $192.85 |
| Due to Apprentice | $13.78 |
| Due to Industry Advan. | $13.78 |
| | $220.40 |

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | P. Dye | | | | | | | | | | | | 73 | 73 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 73 | 73 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 0.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65.70 | $65.70 |
| Apprentice | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.65 | $3.65 |
| Industry Advancement | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.65 | $3.65 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73.00 | $73.00 |

TOTALS DUE

| Due to Pension | $65.70 |
|---|---|
| Due to Apprentice | $3.65 |
| Due to Industry Advan. | $3.65 |
| | $73.00 |

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | F. Biissi | | | | | | | | | | | | 37 | 37 |
| 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 | A. Carrera | | | | | | | | | | | | 77 | 77 |
| 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 | C. Chaves | | | | | | | | | | | | 127 | 127 |
| 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 | O Chaves | | | | | | | | | | | | 72 | 72 |
| 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 | J. Cruz | | | | | | | | | | | | 62.5 | 62.5 |
| 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 | R. Coleman | | | | | | | | | | | | 443 | 443 |
| 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 | J. Amaya | | | | | | | | | | | | 1291 | 1291 |
| 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 | C. Gibson | | | | | | | | | | | | 203 | 203 |
| 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 | E. Gibson | | | | | | | | | | | | 222 | 222 |
| 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 | H. Gomez | | | | | | | | | | | | 296.5 | 296.5 |
| 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 | J. Gomez | | | | | | | | | | | | 185 | 185 |
| 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 | J. Gorusch | | | | | | | | | | | | 15 | 15 |
| 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 | O. Moreno | | | | | | | | | | | | 226 | 226 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3237 | 3237 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 2.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,768.80 | $7,768.80 |
| Apprentice | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.85 | $161.85 |
| Industry Advancement | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.85 | $161.85 |
| | TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,092.50 | $8,092.50 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $7,768.80 |
| Due to Apprentice | $161.85 |
| Due to Industry Advan. | $161.85 |
| | $8,092.50 |

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | S. Ruiz | 40 | | | | | | | | | | | | 40 |
| 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 | R. Stewart | | | | | | | | | | | | 39 | 39 |
| 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 | M. Straub | | | | | | | | | | | | 24 | 24 |
| 129-924107 | J. Tejeda | | | | | 913 | | | | | | | | 913 |
| 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 | H. Torres | | | | | | | | | | | | 142 | 142 |
| 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 | T. Jacobs | | | | | | | | | | | | 86.5 | 86.5 |
| 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 | E. Green | | | | | | | | | | | | 152 | 152 |
| 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 | V. Sneed | | | | | | | | | | | | 152 | 152 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 40 | 0 | 0 | 0 | 913 | 0 | 0 | 0 | 0 | 0 | 0 | 595.5 | 1548.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 1/05 | 2.20 | 6/05 | 2.40 | $88.00 | $0.00 | $0.00 | $0.00 | $2,008.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,429.20 | $3,525.80 |
| Apprentice | 1/05 | 0.05 | 6/05 | 0.05 | $2.00 | $0.00 | $0.00 | $0.00 | $45.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29.78 | $77.43 |
| Industry Advancement | 1/05 | 0.05 | 6/05 | 0.05 | $2.00 | $0.00 | $0.00 | $0.00 | $45.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29.78 | $77.43 |
| TOTAL | | | | | $92.00 | $0.00 | $0.00 | $0.00 | $2,099.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,488.75 | $3,680.65 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $3,525.80 |
| Due to Apprentice | $77.43 |
| Due to Industry Advan. | $77.43 |
| | $3,680.65 |

MP INDUSTRIAL
2005 HOURS WORKED DC 711

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Brennan | | | | | | | | | | | | 152 | 152 |
| 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 | J. Bozzelli | | | | | | | | | | | | 95 | 95 |
| 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 | J. Rambo | | | | | | | | | | | | 8 | 8 |
| 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 | J. Zimmerman | | | | | | | | | | | | 30.5 | 30.5 |
| 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 | C. Isakson | | | | | | | | | | | | 10 | 10 |
| 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 | J. Abbott | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 295.5 | 295.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/05 | 4.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,182.00 | $1,182.00 |
| Apprentice | 5/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.78 | $14.78 |
| Industry Advancement | 5/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.78 | $14.78 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,211.55 | $1,211.55 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $1,182.00 |
| Due to Apprentice | $14.78 |
| Due to Industry Advan. | $14.78 |
| | $1,211.55 |

MP INDUSTRIAL
2005 HOURS WORKED DC 711 WAGES PAID

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Brennan | | | | | | | | | | | | 9849.37 | 9849.37 |
| 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 | J. Bozzelli | | | | | | | | | | | | 2825.21 | 2825.21 |
| 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 | J. Rambo | | | | | | | | | | | | 209.28 | 209.28 |
| 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 | J. Zimmerman | | | | | | | | | | | | 843.66 | 843.66 |
| 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 | C. Isakson | | | | | | | | | | | | 287.76 | 287.76 |
| 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 | J. Abbott | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | | | | 0 | 0 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14015.28 | 14015.28 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annuity | | 5/05 | | 0.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,681.83 | $1,681.83 |
| | TOTAL | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,681.83 | $1,681.83 |

**TOTALS DUE**

| | |
|---|---|
| Due to Annuity | $1,681.83 |
| | $1,681.83 |

MP INDUSTRIAL
2005 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Payments to subcontractors | | | | | | | | | | | | | |
| | Chesapeake Coatings | | | | | | | | | | | | | 16005 |
| | Matt Hodson Plg | | | | | | | | | | | | 1616 | 1616 |
| 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 | J. Caorera | | | | | | | | | | | | 1366 | 1366 |
| | **TOTAL** | 0 | 0 | 0 | 0 | 0 | 0 | 1826 | 8427 | 3892 | 1893 | 0 | 2982 | 19025 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 2.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,382.40 | $20,224.80 | $9,340.80 | $4,543.20 | $0.00 | $7,156.80 | $45,648.00 |
| Apprentice | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $91.30 | $421.35 | $194.60 | $94.65 | $0.00 | $149.10 | $951.00 |
| Industry Advancement | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $91.30 | $421.35 | $194.60 | $94.65 | $0.00 | $149.10 | $951.00 |
| **TOTAL** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,565.00 | $21,067.50 | $9,730.00 | $4,732.50 | $0.00 | $7,455.00 | $47,550.00 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $45,648.00 |
| Due to Apprentice | $951.00 |
| Due to Industry Advan. | $951.00 |
| | $47,550.00 |

MP INDUSTRIAL
2008 HOURS WORKED DC 51

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | F. Bisesi | 23 | | | | | | | | | | | | 23 |
| 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 | J. Carrera | | | 19 | | | | | | | | | | 19 |
| 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 | R. Coleman | 110 | 118 | 132 | | | | | | | | | | 360 |
| 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 | C. Gibson | 31 | 90 | 49 | | | | | | | | | | 170 |
| 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 | E. Gibson | 29 | 86 | 20 | | | | | | | | | | 135 |
| 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 | V. Sneed | 138 | 152 | 39 | | | | | | | | | | 329 |
| | Payments to subcontractors | | | | | | | | | | | | | 0 |
| | Matt Hodson Ptg | 683 | | | | | | | | | | | | 683 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 1014 | 446 | 259 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1719 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 2.40 | | | $2,433.60 | $1,070.40 | $621.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,125.60 |
| Apprentice | 6/05 | 0.05 | | | $50.70 | $22.30 | $12.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85.95 |
| Industry Advancement | 6/05 | 0.05 | | | $50.70 | $22.30 | $12.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85.95 |
| TOTAL | | | | | $2,535.00 | $1,115.00 | $647.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,297.50 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $4,125.60 |
| Due to Apprentice | $85.95 |
| Due to Industry Advan. | $85.95 |
| | $4,297.50 |

**MP INDUSTRIAL**
**2006 HOURS WORKED DC 51**

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | L. Baulista | | | 253.5 | | | | | | | | | | 253.5 |
| TOTAL | | 0 | 0 | 253.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 253.5 |

### DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 0.25 | $0.00 | $0.00 | $63.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $63.38 |
| Apprentice | 6/05 | 0.05 | $0.00 | $0.00 | $12.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.68 |
| Industry Advancement | 6/05 | 0.05 | $0.00 | $0.00 | $12.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.68 |
| TOTAL | | | $0.00 | $0.00 | $88.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88.73 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $63.38 |
| Due to Apprentice | $12.68 |
| Due to Industry Advan. | $12.68 |
| | $88.73 |

MP INDUSTRIAL
2006 HOURS WORKED DC 711

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Brennan | | | 186.5 | | | | | | | | | | 186.5 |
| 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 | J. Rambo | | | 8 | | | | | | | | | | 8 |
| | TOTAL | 0 | 0 | 194.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 194.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/05 | 4.00 | $0.00 | $0.00 | $778.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $778.00 |
| Apprentice | 5/05 | 0.05 | $0.00 | $0.00 | $9.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.73 |
| Industry Advancement | 5/05 | 0.05 | $0.00 | $0.00 | $9.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.73 |
| | | TOTAL | $0.00 | $0.00 | $797.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $797.45 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $778.00 |
| Due to Apprentice | $9.73 |
| Due to Industry Advan. | $9.73 |
| | $797.45 |

MP INDUSTRIAL
2006 HOURS WORKED DC 711 WAGES PAID

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Brennan | | | 5245.08 | | | | | | | | | | 5245.08 |
| 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 | J. Rambo | | | 209.28 | | | | | | | | | | 209.28 |
| | TOTAL | 0 | 0 | 5454.36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5454.36 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annuity | 5/05 | 0.12 | | | $0.00 | $654.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $654.52 |
| | | | TOTAL | $0.00 | $0.00 | $654.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $654.52 |

TOTALS DUE

| | |
|---|---|
| Due to Annuity | $654.52 |
| | $654.52 |