

Wright, Constable & Skeen, L.L.P.   |   Attorneys at Law

One Charles Center, 16th Floor · 100 North Charles Street · Baltimore, Maryland 21201-3812 · Phone: 410-659-1300 · Toll Free: 1-888-894-7602 · Fax: 410-659-1350

LOUIS J. KOZLAKOWSKI, JR.
Writer's Direct Dial / Email:
(410) 659-1314/ LKozlakowski@wcslaw.com

August 18, 2006

Jessica L. Tortella, Esq.
Jennings Sigmond, PC
510 Walnut Street, 16th Floor
Independence Square
Philadelphia, PA 19106-3683

Re:   **M.P. Industrial Coatings, Inc. Alleged Audit Delinquency**

Dear Ms. Tortella:

This will confirm my prior e-mails to you concerning the timing of MP's response to your letter of August 10, 2006.

MP can respond to the Funds audit by September 6, 2006. If MP can complete its response earlier, it will do so. Unfortunately, with vacations it is difficult to project an earlier response date.

If you should have any further questions, please do not hesitate to call.

Very truly yours,

Louis J. Kozlakowski, Jr.

c:   James Hamilos
     R. Anthony Mc Laughlin

RECEIVED
AUG 21 2006

EXHIBIT
4

186278 v. (10542.00001)



# JENNINGS SIGMOND
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| **JENNINGS SIGMOND, P.C.**<br>THE PENN MUTUAL TOWERS<br>16TH FLOOR<br>510 WALNUT STREET<br>INDEPENDENCE SQUARE<br>PHILADELPHIA, PA 19106-3683<br>215-922-6700<br>FAX 215-922-3524 | Jessica L. Tortella<br>Direct Dial: (215) 351-0669<br>E-Mail Address: jtortella@jslex.com<br><br>Member: PA & NJ Bars<br><br>August 10, 2006 | **JENNINGS SIGMOND, P.C.**<br>ONE GREENTREE CENTRE<br>SUITE 201<br>MARLTON, NJ 08053<br>856-667-6950<br>FAX 856-667-6982 |

**VIA OVERNIGHT MAIL**

Louis J. Kozlakowski, Esquire  
Wright, Constable & Skeen, LLP  
One Charles Center  
16th Floor  
100 North Charles Street  
Baltimore, MD 21201

James Hamilos, Owner  
M.P. Industrial Coatings, Inc.  
13 Malibu Ct.  
Towson, MD 27204

    RE:    International Painters and Allied Trades Industry Pension Fund v.  
             M.P. Industrial Coatings, Inc., et al.  
             Audit Delinquency

Dear Mr. Kozlakowski and Mr. Hamilos:

      I am writing regarding the completed audit of M.P. Industrial Coatings, Inc. ("Company" or "Defendant"). Enclosed please find a copy of the report prepared by the Fund's auditor in connection with his review of Company's payroll and related records for the period January 1, 2003 through March 31, 2006. Based upon the Audit, Company owes a total of $108,537.79 in contributions, detailed as follows:

| National Funds | Total |
|---|---|
| Painters and Allied Trades Industry Pension Fund | $ 100,347.71 |
| Painters and Allied Trades Industry Annuity Fund | $ 2,336.32 |
| Finishing Trade Institute | $ 2,915.43 |
| Political Action Trust | $ 2.40 |
| Painters and Allied Trades Labor Management Cooperation Initiative Fund | $ 2,935.93 |
| **Total** | $ 108,537.79 |

165466-1

L. Kozlakowski
J. Hamilos
MP Industrial
August 10, 2006
Page 2

If Company disputes any amounts included in the audit, please provide me with a detailed statement within five (5) days which sets forth the basis of your dispute and include all documents in support of your position.

In addition to the unpaid contributions, Company also owes the following in connection with the audit:

|     |                            |              |
|-----|----------------------------|--------------|
| (a) | Interest (through 6/23/06) | $ 7,282.78   |
| (b) | Liquidated Damages         | $ 21,707.56  |
| (c) | Audit Costs                | $ 787.55     |

Thus, in addition to the audit delinquency, Company owes the Funds $29,777.89.

After you have had an opportunity to review the enclosed material and this letter, please contact me to make arrangements for payment of the indebtedness. Because of the amount involved it is imperative that this matter be resolved within one (1) week from the date of this letter or the Pension Fund will have no alternative but to enforce ¶9 in the June 8, 2006 Settlement Agreement. I trust this will not be necessary and look forward to hearing from you.

Thank you for your time and attention to this matter. If you have any further questions, please do not hesitate to contact me.

Sincerely,

JESSICA L. TORTELLA

JLT
Ptintf.27825.c
mp industrial
enclosure

cc:    Thomas Montemore (w/o enclosures)

171053-1