

# MP INDUSTRIAL COATINGS, Inc.
LEADING THE INDUSTRY IN COATING APPLICATIONS AND ABATEMENT TECHNOLOGIES

September 19, 2006

International Painters and Allied Trades
Industry Pension Fund
United Unions Building
1750 New York Avenue, N.W.
Washington, DC 20006-5301

RECEIVED

SEP 2 1 '06

COMB COLLECTIONS

Attention: Mr. Tim Edney

Reference:   Audit Report

Dear Mr. Edney,

    We have a copy of Mr. Moore's letter dated September 13, 2006.

    I did not identify the "alleged" as subcontractors. As you know, due to my illness, I was in and out of the office. I had no knowledge of the allegation as made by Mr. Moore. They were Joint Venture partners. If Mr. Moore had asked Mr. Hamilos, he would have provided Joint Venture Agreements. I did not indicate that the payments were for labor only. Most painting contracts include labor, materials, equipment, insurance and taxes. As I stated earlier, I really did not have the knowledge. Further, it was the MTA building, not MAT building. It's not Witney Turner, but Whiting-Turner. I don't know how they became involved. They are General Contractors.

    The employees of DC 711 were paid their benefits. As a matter of fact, we paid 711 the pension benefits to the sum of $5,000.00. But because it was included in one check and not a separate check, they refused to forward that amount to the Pension Fund. The Pension Fund could not or would not ask 711 to forward it.

Clearly, simple arithmetic would have and should have make it known that it was impossible for us to generate that much volume. His assumption was wrong.

Having been audited by Internal Revenue, insurance companies, your own auditors, Mr. Hamilos and I found Mr. Moore's audit to be one of the shortest and least time consuming with no inquiries made.

P.O.BOX 9187 - BALTIMORE MD 21222 (410) 477-6500 FAX (410) 477-6507
LOCATION: 600 SHIPYARD ROAD, SPARROWS POINT, MD 21219
SSPC CERTIFIED QP1 QP2



International Painters and Allied Trades  
Industry Pension Fund

September 19, 2006  
Page 2 of 2

Attention: Mr. Tim Edney

Reference:    Audit Report

    The only discussions we had was that he disliked going to New Jersey. We also shared our feeling for 711, the use of utility workers and cleaners and gave him directions to his motel.

    We have asked our auditor to do an internal audit.

Very truly yours,

Donna J. Behrendt

/djb

    Mr. J. C. Hamilos  
    Mr. L. Kozlowski, Esq.  
    R.A. McLaughlin

(Union Audit.001)