# JENNINGS SIGMOND
### ATTORNEYS AT LAW



| | | |
|---|---|---|
| **JENNINGS SIGMOND, P.C.**<br>THE PENN MUTUAL TOWERS<br>16TH FLOOR<br>510 WALNUT STREET<br>INDEPENDENCE SQUARE<br>PHILADELPHIA, PA 19106-3683<br>215-922-6700<br>FAX 215-922-3524 | Jessica L. Tortella<br>Direct Dial: (215) 351-0669<br>E-Mail Address: jtortella@jslex.com<br><br>Member: PA & NJ Bars<br><br>February 19, 2007 | **JENNINGS SIGMOND, P.C.**<br>ONE GREENTREE CENTRE<br>SUITE 201<br>MARLTON, NJ 08053<br>856-667-6950<br>FAX 856-667-6982 |

**VIA FACSIMILE (410) 477-6507**  
James Hamilos  
M.P. Industrial Coatings, Inc.  
13 Malibu Ct.  
Towson, MD 27204  

**VIA FACSIMILE (410) 659-1350**  
Louis J. Kozlakowski, Esquire  
One Charles Center, 16th Floor  
100 North Charles Street  
Baltimore, MD 21201  

    RE:    **Notice of Default and Right to Cure**

Dear Mssrs. Hamilos and Kozlakowski:

    This notice is provided in accordance with ¶12 of the June 8, 2006 Settlement Agreement between M.P. Industrial Coatings, Inc. ("Company") and the IUPAT Pension Fund.

    **According to the Fund's records, has failed to pay the audit delinquency and the remittance reports and contributions for the period July 2006 through December 2006, excluding November 2006, as required in the terms of the Settlement Agreement.**

    Unless the audit delinquency and the contributions and remittance reports for July 2006 through December 2006 (excluding November 2006) are submitted within ten (10) days of this letter, the Fund will declare a default and commence all appropriate proceedings to collect all amounts owed. This may include immediate execution on the full amount of the judgment. I trust such action will not become necessary. Please note that if this default is not timely cured, the waiver contained in paragraph 2 of the Agreement will be forfeited and the waived amounts will become immediately due and payable. Therefore, I must receive the delinquent amounts **_on or before Thursday, March 1, 2007_**.

    Please do not hesitate to call me with any questions.

                          Very truly yours,

                           JESSICA L. TORTELLA

JLT  
ptintf.2725.c/mp industrial  
  cc:    Thomas Montemore (via facsimile only)

EXHIBIT 6

177319_1.DOC

# Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Independence Square
Philadelphia, Pa 19106-3683

---

(215) 922-6700
Fax (215) 922-3524

E-Mail: jtortella

---

PLEASE DELIVER THE FOLLOWING PAGES AS SOON AS POSSIBLE TO:

| | | | | |
|---|---|---|---|---|
| DATE: | February 19, 2007 | TIME: | 1:42 PM | TOTAL PAGES: 2 |
| MATTER: | M.P. Industrial Coatings, Inc. | | BILL FILE NO. FILE NO. | PTINTF 27825 |
| TO: | **James Hamilos** | | FAX: | (410) 477-6507 |
| | **Louis Kozlakowski, Esquire** | | | (410) 659-1350 |
| FROM: | **Tom Montemore** Jessica L. Tortella | | TELEPHONE: | (202) 783-2597 (215) 351-0669 |

*IF YOU DO NOT RECEIVE ALL THE PAGES SENT OR IF YOU HAVE TROUBLE WITH ANY OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE AT 215-351-0669.*

## MESSAGE:

RE: Notice of Default and Right to Cure

*The information contained in this facsimile message is attorney privileged and confidential information intended only for the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank You*
177319_1.DOC

```
          *********************
          ***  TX REPORT    ***
          *********************

TRANSMISSION OK

TX/RX NO                3155
CONNECTION TEL          914104776507
SUBADDRESS
CONNECTION ID
ST. TIME                02/19 13:50
USAGE T                 00'24
PGS. SENT               2
RESULT                  OK
```

# Jennings Sigmond, P.C.

The Penn Mutual Towers, 16th Floor
510 Walnut Street
Independence Square
Philadelphia, Pa 19106-3683

---

(215) 922-6700
Fax (215) 922-3524

E-Mail: jtortella

---

PLEASE DELIVER THE FOLLOWING PAGES AS SOON AS POSSIBLE TO:

| DATE: | February 19, 2007 | TIME: | 1:42 PM | TOTAL PAGES: | 2 |
|---|---|---|---|---|---|
| MATTER: | M.P. Industrial Coatings, Inc. | | BILL FILE NO. FILE NO. | PTINTF 27825 | |
| TO: | **James Hamilos** | | FAX: | (410) 477-6507 | |
| | **Louis Kozlakowski, Esquire** | | | (410) 659-1350 | |
| | **Tom Montemore** | | | (202) 783-2597 | |
| FROM: | Jessica L. Tortella | | TELEPHONE: | (215) 351-0669 | |

*IF YOU DO NOT RECEIVE ALL THE PAGES SENT OR IF YOU HAVE TROUBLE WITH ANY OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE AT 215-351-0669.*

## MESSAGE:

RE: Notice of Default and Right to Cure

```
          *********************
          ***   TX REPORT   ***
          *********************

          TRANSMISSION OK

          TX/RX NO              3156
          CONNECTION TEL              914106591350
          SUBADDRESS
          CONNECTION ID
          ST. TIME              02/19 13:51
          USAGE T               00'25
          PGS. SENT             2
          RESULT                OK
```

# Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Independence Square
Philadelphia, Pa 19106-3683

--------------------------------

(215) 922-6700
Fax (215) 922-3524

E-Mail: jtortella

---

PLEASE DELIVER THE FOLLOWING PAGES AS SOON AS POSSIBLE TO:

| DATE: | February 19, 2007 | TIME: | 1:42 PM | TOTAL PAGES: | 2 |
|---|---|---|---|---|---|
| MATTER: | M.P. Industrial Coatings, Inc. | | | BILL FILE NO. FILE NO. | PTINTF 27825 |
| TO: | **James Hamilos** | | | FAX: | (410) 477-6507 |
| | **Louis Kozlakowski, Esquire** | | | | (410) 659-1350 |
| FROM: | **Tom Montemore** Jessica L. Tortella | | | TELEPHONE: | (202) 783-2597 (215) 351-0669 |

*IF YOU DO NOT RECEIVE ALL THE PAGES SENT OR IF YOU HAVE TROUBLE WITH ANY OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE AT 215-351-0669.*

**MESSAGE:**

RE: Notice of Default and Right to Cure

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                3157
CONNECTION TEL          912027832597
SUBADDRESS
CONNECTION ID
ST. TIME                02/19 13:53
USAGE T                 00'24
PGS. SENT               2
RESULT                  OK
```

# Jennings Sigmond, P.C.

The Penn Mutual Towers, 16th Floor
510 Walnut Street
Independence Square
Philadelphia, Pa 19106-3683

--------------------------------

(215) 922-6700
Fax (215) 922-3524

E-Mail: jtortella

---

PLEASE DELIVER THE FOLLOWING PAGES AS SOON AS POSSIBLE TO:

| | | | | | |
|---|---|---|---|---|---|
| DATE: | February 19, 2007 | TIME: | 1:42 PM | TOTAL PAGES: | 2 |
| MATTER: | M.P. Industrial Coatings, Inc. | | | BILL FILE NO. FILE NO. | PTINTF 27825 |
| TO: | **James Hamilos** | | | FAX: | (410) 477-6507 |
| | **Louis Kozlakowski, Esquire** | | | | (410) 659-1350 |
| FROM: | **Tom Montemore**<br>Jessica L. Tortella | | | TELEPHONE: | (202) 783-2597<br>(215) 351-0669 |

*IF YOU DO NOT RECEIVE ALL THE PAGES SENT OR IF YOU HAVE TROUBLE WITH ANY OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE AT 215-351-0669.*

**MESSAGE:**


RE: Notice of Default and Right to Cure