UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,  )<br><br>Plaintiff,  )<br>v.  )<br>  )<br>M.P. INDUSTRIAL COATINGS, INC.  )<br>a/k/a MP Industrial Coatings, Inc.  )<br>  )<br>Defendant.  ) | Civil Action No. 06-328 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion to Dismiss [Dkt. #9] is **GRANTED IN PART** and **DENIED IN PART**; it is

**FURTHER ORDERED** that plaintiff's Motion for Entry of Supplemental Judgment [Dkt. #8] is **GRANTED IN PART** and $12,359.48 is entered as a supplemental judgment on behalf of the plaintiff.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  September 12, 2007